# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Jennifer M. Chalifoux

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Jennifer M. Chalifoux
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## DEFENDANT LIST

```
_____
                              )
Jennifer M. Chalifoux,        )
James R. Cieslik, Shawn Woods,)
Shaun Wagner, Mark Borque,    )
Cynthia Shay, Richard Howe,   )
The Town of Tyngsborough      )
Massachusetts, Charlene Shute,)
"Dr." Richard Wolman,         )
Gail E. Bakis, John A. James Jr.,)
Jamie Mauritz-James,          )
Nick Halks, Timothy Mauritz,  )
Unknown John and              )
Jane Does,                    )
        Defendants.           )
_____      )
```

In Civil Action:

```
_____
                              )
Joseph W. Chalifoux           )
        Plaintiff,            )
                              )
        v.                    )
                              )
Jennifer M. Chalifoux,        )
James R. Cieslik, Shawn Woods,)
Shaun Wagner, Mark Borque,    )
Cynthia Shay, Richard Howe,   )
The Town of Tyngsborough      )
Massachusetts, Charlene Shute,)
"Dr." Richard Wolman,         )
Gail E. Bakis, John A. James Jr.,)
Jamie Mauritz-James,          )
Nick Halks, Timothy Mauritz,  )
Unknown John and              )
Jane Does,                    )
        Defendants.           )
_____      )
```

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: James R. Cieslik

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___60___ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: James R. Cieslik
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

**DEFENDANT LIST**

---

Jennifer M. Chalifoux, )
James R. Cieslik, Shawn Woods, )
Shaun Wagner, Mark Borque, )
Cynthia Shay, Richard Howe, )
The Town of Tyngsborough )
Massachusetts, Charlene Shute, )
"Dr." Richard Wolman, )
Gail E. Bakis, John A. James Jr., )
Jamie Mauritz-James, )
Nick Halks, Timothy Mauritz, )
Unknown John and )
Jane Does, )
     Defendants. )

---

In Civil Action:

---

Joseph W. Chalifoux )
     Plaintiff, )
            )
     v. )
            )
Jennifer M. Chalifoux, )
James R. Cieslik, Shawn Woods, )
Shaun Wagner, Mark Borque, )
Cynthia Shay, Richard Howe, )
The Town of Tyngsborough )
Massachusetts, Charlene Shute, )
"Dr." Richard Wolman, )
Gail E. Bakis, John A. James Jr., )
Jamie Mauritz-James, )
Nick Halks, Timothy Mauritz, )
Unknown John and )
Jane Does, )
     Defendants. )

---

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Shawn Woods

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Shawn Woods
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                                         *Signature of the attorney or unrepresented party*

*Printed name of party waiving service of summons*                                     *Printed name*

                                                     *Address*

                                                *E-mail address*

                                                *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## DEFENDANT LIST

```
_____
                          )
Jennifer M. Chalifoux,    )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,      )
Cynthia Shay, Richard Howe,     )
The Town of Tyngsborough         )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,           )
Gail E. Bakis, John A. James Jr.,  )
Jamie Mauritz-James,            )
Nick Halks, Timothy Mauritz,    )
Unknown John and                )
Jane Does,                      )
        Defendants.             )
_____       )
```

In Civil Action:

```
_____
                          )
Joseph W. Chalifoux       )
        Plaintiff,        )
                          )
        v.                )
                          )
Jennifer M. Chalifoux,    )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,      )
Cynthia Shay, Richard Howe,     )
The Town of Tyngsborough         )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,           )
Gail E. Bakis, John A. James Jr.,  )
Jamie Mauritz-James,            )
Nick Halks, Timothy Mauritz,    )
Unknown John and                )
Jane Does,                      )
        Defendants.             )
_____       )
```

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| *Plaintiff* | ) |
| v. | ) |
| See Attached Defendant List | ) |
| *Defendant* | ) |

Civil Action No.

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Shaun Wagner

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within **60** days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
### for the
### District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Shaun Wagner
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

## **DEFENDANT LIST**

---
Jennifer M. Chalifoux,                    )
James R. Cieslik, Shawn Woods,            )
Shaun Wagner, Mark Borque,                )
Cynthia Shay, Richard Howe,               )
The Town of Tyngsborough                  )
Massachusetts, Charlene Shute,            )
"Dr." Richard Wolman,                     )
Gail E. Bakis, John A. James Jr.,         )
Jamie Mauritz-James,                      )
Nick Halks, Timothy Mauritz,              )
Unknown John and                          )
Jane Does,                                )
      Defendants.                     )
---
                    )

In Civil Action:

---
Joseph W. Chalifoux                        )
      Plaintiff,                        )
                                          )
      v.                                )
                                          )
Jennifer M. Chalifoux,                    )
James R. Cieslik, Shawn Woods,            )
Shaun Wagner, Mark Borque,                )
Cynthia Shay, Richard Howe,               )
The Town of Tyngsborough                  )
Massachusetts, Charlene Shute,            )
"Dr." Richard Wolman,                     )
Gail E. Bakis, John A. James Jr.,         )
Jamie Mauritz-James,                      )
Nick Halks, Timothy Mauritz,              )
Unknown John and                          )
Jane Does,                                )
      Defendants.                       )
---

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Mark Borque

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___60___ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| _____ Joseph W. Chalifoux _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ See Attached Defendant List _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Mark Borque _____
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

 

                                          *Signature of the attorney or unrepresented party*

_____
   *Printed name of party waiving service of summons*                                      *Printed name*

                                          *Address*

                                         *E-mail address*

                                          *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**DEFENDANT LIST**

```
_____  )
Jennifer M. Chalifoux,          )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,      )
Cynthia Shay, Richard Howe,     )
The Town of Tyngsborough        )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,           )
Gail E. Bakis, John A. James Jr.,  )
Jamie Mauritz-James,            )
Nick Halks, Timothy Mauritz,    )
Unknown John and                )
Jane Does,                      )
         Defendants.            )
_____  )
```

In Civil Action:

```
_____  )
Joseph W. Chalifoux             )
         Plaintiff,             )
                                )
         v.                     )
                                )
Jennifer M. Chalifoux,          )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,      )
Cynthia Shay, Richard Howe,     )
The Town of Tyngsborough        )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,           )
Gail E. Bakis, John A. James Jr.,  )
Jamie Mauritz-James,            )
Nick Halks, Timothy Mauritz,    )
Unknown John and                )
Jane Does,                      )
         Defendants.            )
_____  )
```

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Cynthia Shay

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  60  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice is sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Cynthia Shay
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

## **DEFENDANT LIST**

| | |
|---|---|
| Jennifer M. Chalifoux, | ) |
| James R. Cieslik, Shawn Woods, | ) |
| Shaun Wagner, Mark Borque, | ) |
| Cynthia Shay, Richard Howe, | ) |
| The Town of Tyngsborough | ) |
| Massachusetts, Charlene Shute, | ) |
| "Dr." Richard Wolman, | ) |
| Gail E. Bakis, John A. James Jr., | ) |
| Jamie Mauritz-James, | ) |
| Nick Halks, Timothy Mauritz, | ) |
| Unknown John and | ) |
| Jane Does, | ) |
|      Defendants. | ) |
| | ) |

In Civil Action:

| | |
|---|---|
| Joseph W. Chalifoux | ) |
|      Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| Jennifer M. Chalifoux, | ) |
| James R. Cieslik, Shawn Woods, | ) |
| Shaun Wagner, Mark Borque, | ) |
| Cynthia Shay, Richard Howe, | ) |
| The Town of Tyngsborough | ) |
| Massachusetts, Charlene Shute, | ) |
| "Dr." Richard Wolman, | ) |
| Gail E. Bakis, John A. James Jr., | ) |
| Jamie Mauritz-James, | ) |
| Nick Halks, Timothy Mauritz, | ) |
| Unknown John and | ) |
| Jane Does, | ) |
|      Defendants. | ) |

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| See Attached Defendant List | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Richard Howe
    *(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above.
A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
## for the
### District of New Hampshire

| | |
|---|---|
| _____Joseph W. Chalifoux_____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| _____See Attached Defendant List_____ | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Richard Howe
_____
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

      I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

      I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

      I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                   _____
                                        *Signature of the attorney or unrepresented party*

_____
  *Printed name of party waiving service of summons*                           _____
                                             *Printed name*

                                             _____
                                             *Address*

                                             _____
                                             *E-mail address*

                                             _____
                                             *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

      Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

      "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

      If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

      If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

## DEFENDANT LIST

```
                                    )
Jennifer M. Chalifoux,              )
James R. Cieslik, Shawn Woods,      )
Shaun Wagner, Mark Borque,          )
Cynthia Shay, Richard Howe,         )
The Town of Tyngsborough            )
Massachusetts, Charlene Shute,      )
"Dr." Richard Wolman,               )
Gail E. Bakis, John A. James Jr.,   )
Jamie Mauritz-James,                )
Nick Halks, Timothy Mauritz,        )
Unknown John and                    )
Jane Does,                          )
        Defendants.                 )
                                    )
```

In Civil Action:

```
                                    )
Joseph W. Chalifoux                 )
        Plaintiff,                  )
                                    )
        v.                          )
                                    )
Jennifer M. Chalifoux,              )
James R. Cieslik, Shawn Woods,      )
Shaun Wagner, Mark Borque,          )
Cynthia Shay, Richard Howe,         )
The Town of Tyngsborough            )
Massachusetts, Charlene Shute,      )
"Dr." Richard Wolman,               )
Gail E. Bakis, John A. James Jr.,   )
Jamie Mauritz-James,                )
Nick Halks, Timothy Mauritz,        )
Unknown John and                    )
Jane Does,                          )
        Defendants.                 )
                                    )
```

# UNITED STATES DISTRICT COURT
## for the
### District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. |
| See Attached Defendant List | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Charles Zaroulis on behalf of Town of Tyngsborough MA

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___60___ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

|  |  |  |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Charles Zaroulis on Behalf of Town of Tyngsborough MA

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

**DEFENDANT LIST**

```
                                )
Jennifer M. Chalifoux,          )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,      )
Cynthia Shay, Richard Howe,     )
The Town of Tyngsborough        )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,           )
Gail E. Bakis, John A. James Jr.,)
Jamie Mauritz-James,            )
Nick Halks, Timothy Mauritz,    )
Unknown John and                )
Jane Does,                      )
        Defendants.             )
                                )
```

In Civil Action:

```
                                )
Joseph W. Chalifoux             )
        Plaintiff,              )
                                )
        v.                      )
                                )
Jennifer M. Chalifoux,          )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,      )
Cynthia Shay, Richard Howe,     )
The Town of Tyngsborough        )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,           )
Gail E. Bakis, John A. James Jr.,)
Jamie Mauritz-James,            )
Nick Halks, Timothy Mauritz,    )
Unknown John and                )
Jane Does,                      )
        Defendants.             )
                                )
```

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Charlene Shute

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   60   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
| See Attached Defendant List | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Charlene Shute
_____
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

 

_____
    *Signature of the attorney or unrepresented party*

_____
    *Printed name of party waiving service of summons*

_____
    *Printed name*

_____
    *Address*

_____
    *E-mail address*

_____
    *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

## **DEFENDANT LIST**

```
_____
                            )
Jennifer M. Chalifoux,      )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,  )
Cynthia Shay, Richard Howe, )
The Town of Tyngsborough    )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,       )
Gail E. Bakis, John A. James Jr.,  )
Jamie Mauritz-James,        )
Nick Halks, Timothy Mauritz,  )
Unknown John and            )
Jane Does,                  )
        Defendants.         )
_____ )
```

In Civil Action:

```
_____
                            )
Joseph W. Chalifoux         )
        Plaintiff,          )
                            )
        v.                  )
                            )
Jennifer M. Chalifoux,      )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,  )
Cynthia Shay, Richard Howe, )
The Town of Tyngsborough    )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,       )
Gail E. Bakis, John A. James Jr.,  )
Jamie Mauritz-James,        )
Nick Halks, Timothy Mauritz,  )
Unknown John and            )
Jane Does,                  )
        Defendants.         )
_____ )
```

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| See Attached Defendant List | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Richard Wolman
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| See Attached Defendant List | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Richard Wolman
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

                                              _____
                                                 *Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*                              *Printed name*

                                                *Address*

                                               *E-mail address*

                                               *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

## **DEFENDANT LIST**

```
                                    )
Jennifer M. Chalifoux,              )
James R. Cieslik, Shawn Woods,      )
Shaun Wagner, Mark Borque,          )
Cynthia Shay, Richard Howe,         )
The Town of Tyngsborough            )
Massachusetts, Charlene Shute,      )
"Dr." Richard Wolman,               )
Gail E. Bakis, John A. James Jr.,   )
Jamie Mauritz-James,                )
Nick Halks, Timothy Mauritz,        )
Unknown John and                    )
Jane Does,                          )
        Defendants.                 )
                                    )
```

In Civil Action:

```
                                    )
Joseph W. Chalifoux                 )
        Plaintiff,                  )
                                    )
        v.                          )
                                    )
Jennifer M. Chalifoux,              )
James R. Cieslik, Shawn Woods,      )
Shaun Wagner, Mark Borque,          )
Cynthia Shay, Richard Howe,         )
The Town of Tyngsborough            )
Massachusetts, Charlene Shute,      )
"Dr." Richard Wolman,               )
Gail E. Bakis, John A. James Jr.,   )
Jamie Mauritz-James,                )
Nick Halks, Timothy Mauritz,        )
Unknown John and                    )
Jane Does,                          )
        Defendants.                 )
                                    )
```

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Gail Bakis
_____
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above.
A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   60   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Gail Bakis
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## DEFENDANT LIST

```
_____  )
Jennifer M. Chalifoux,         )
James R. Cieslik, Shawn Woods, )
Shaun Wagner, Mark Borque,     )
Cynthia Shay, Richard Howe,    )
The Town of Tyngsborough       )
Massachusetts, Charlene Shute, )
"Dr." Richard Wolman,          )
Gail E. Bakis, John A. James Jr., )
Jamie Mauritz-James,           )
Nick Halks, Timothy Mauritz,   )
Unknown John and               )
Jane Does,                     )
        Defendants.            )
_____  )
```

In Civil Action:

```
_____  )
Joseph W. Chalifoux            )
        Plaintiff,             )
                               )
        v.                     )
                               )
Jennifer M. Chalifoux,         )
James R. Cieslik, Shawn Woods, )
Shaun Wagner, Mark Borque,     )
Cynthia Shay, Richard Howe,    )
The Town of Tyngsborough       )
Massachusetts, Charlene Shute, )
"Dr." Richard Wolman,          )
Gail E. Bakis, John A. James Jr., )
Jamie Mauritz-James,           )
Nick Halks, Timothy Mauritz,   )
Unknown John and               )
Jane Does,                     )
        Defendants.            )
_____  )
```

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| *Plaintiff* | ) |
| v. | ) |
| See Attached Defendant List | ) |
| *Defendant* | ) |

Civil Action No.

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: John James Jr.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: John James Jr.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

## **DEFENDANT LIST**

|  |  |
|---|---|
| Jennifer M. Chalifoux, | ) |
| James R. Cieslik, Shawn Woods, | ) |
| Shaun Wagner, Mark Borque, | ) |
| Cynthia Shay, Richard Howe, | ) |
| The Town of Tyngsborough | ) |
| Massachusetts, Charlene Shute, | ) |
| "Dr." Richard Wolman, | ) |
| Gail E. Bakis, John A. James Jr., | ) |
| Jamie Mauritz-James, | ) |
| Nick Halks, Timothy Mauritz, | ) |
| Unknown John and | ) |
| Jane Does, | ) |
| Defendants. | ) |
|  | ) |

In Civil Action:

|  |  |
|---|---|
|  | ) |
| Joseph W. Chalifoux | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| Jennifer M. Chalifoux, | ) |
| James R. Cieslik, Shawn Woods, | ) |
| Shaun Wagner, Mark Borque, | ) |
| Cynthia Shay, Richard Howe, | ) |
| The Town of Tyngsborough | ) |
| Massachusetts, Charlene Shute, | ) |
| "Dr." Richard Wolman, | ) |
| Gail E. Bakis, John A. James Jr., | ) |
| Jamie Mauritz-James, | ) |
| Nick Halks, Timothy Mauritz, | ) |
| Unknown John and | ) |
| Jane Does, | ) |
| Defendants. | ) |
|  | ) |

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| See Attached Defendant List | ) |
| _Defendant_ | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Jamie Mauritz-James

_(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)_

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days _(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)_ from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
_Signature of the attorney or unrepresented party_

_____
_Printed name_

_____
_Address_

_____
_E-mail address_

_____
_Telephone number_

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jamie Mauritz-James
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____ 
*Signature of the attorney or unrepresented party*

_____ 
*Printed name of party waiving service of summons*

_____ 
*Printed name*

_____ 
*Address*

_____ 
*E-mail address*

_____ 
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

## **DEFENDANT LIST**

```
_____    )
Jennifer M. Chalifoux,       )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,   )
Cynthia Shay, Richard Howe,  )
The Town of Tyngsborough     )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,        )
Gail E. Bakis, John A. James Jr.,  )
Jamie Mauritz-James,         )
Nick Halks, Timothy Mauritz, )
Unknown John and             )
Jane Does,                   )
        Defendants.          )
_____    )
```

In Civil Action:

```
_____    )
Joseph W. Chalifoux          )
        Plaintiff,           )
                             )
        v.                   )
                             )
Jennifer M. Chalifoux,       )
James R. Cieslik, Shawn Woods,  )
Shaun Wagner, Mark Borque,   )
Cynthia Shay, Richard Howe,  )
The Town of Tyngsborough     )
Massachusetts, Charlene Shute,  )
"Dr." Richard Wolman,        )
Gail E. Bakis, John A. James Jr.,  )
Jamie Mauritz-James,         )
Nick Halks, Timothy Mauritz, )
Unknown John and             )
Jane Does,                   )
        Defendants.          )
_____    )
```

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
| See Attached Defendant List | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Nick Halks

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __60__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT

### for the
### District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Nick Halks
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

     Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

     "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

     If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

     If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMNPSHIRE

CONCORD

## **DEFENDANT LIST**

| | |
|---|---|
| Jennifer M. Chalifoux, | ) |
| James R. Cieslik, Shawn Woods, | ) |
| Shaun Wagner, Mark Borque, | ) |
| Cynthia Shay, Richard Howe, | ) |
| The Town of Tyngsborough | ) |
| Massachusetts, Charlene Shute, | ) |
| "Dr." Richard Wolman, | ) |
| Gail E. Bakis, John A. James Jr., | ) |
| Jamie Mauritz-James, | ) |
| Nick Halks, Timothy Mauritz, | ) |
| Unknown John and | ) |
| Jane Does, | ) |
|      Defendants. | ) |
| | ) |

In Civil Action:

| | |
|---|---|
| Joseph W. Chalifoux | ) |
|      Plaintiff, | ) |
| | ) |
|      v. | ) |
| | ) |
| Jennifer M. Chalifoux, | ) |
| James R. Cieslik, Shawn Woods, | ) |
| Shaun Wagner, Mark Borque, | ) |
| Cynthia Shay, Richard Howe, | ) |
| The Town of Tyngsborough | ) |
| Massachusetts, Charlene Shute, | ) |
| "Dr." Richard Wolman, | ) |
| Gail E. Bakis, John A. James Jr., | ) |
| Jamie Mauritz-James, | ) |
| Nick Halks, Timothy Mauritz, | ) |
| Unknown John and | ) |
| Jane Does, | ) |
|      Defendants. | ) |
| | ) |

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Joseph W. Chalifoux | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| See Attached Defendant List | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Timothy Mauritz

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  60  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Joseph W. Chalifoux | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached Defendant List | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Timothy Mauritz
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**DEFENDANT LIST**

| |
|---|
| Jennifer M. Chalifoux, )
| James R. Cieslik, Shawn Woods, )
| Shaun Wagner, Mark Borque, )
| Cynthia Shay, Richard Howe, )
| The Town of Tyngsborough )
| Massachusetts, Charlene Shute, )
| "Dr." Richard Wolman, )
| Gail E. Bakis, John A. James Jr., )
| Jamie Mauritz-James, )
| Nick Halks, Timothy Mauritz, )
| Unknown John and )
| Jane Does, )
|  Defendants. )
| )

In Civil Action:

| |
|---|
| Joseph W. Chalifoux )
|  Plaintiff, )
| )
|  v. )
| )
| Jennifer M. Chalifoux, )
| James R. Cieslik, Shawn Woods, )
| Shaun Wagner, Mark Borque, )
| Cynthia Shay, Richard Howe, )
| The Town of Tyngsborough )
| Massachusetts, Charlene Shute, )
| "Dr." Richard Wolman, )
| Gail E. Bakis, John A. James Jr., )
| Jamie Mauritz-James, )
| Nick Halks, Timothy Mauritz, )
| Unknown John and )
| Jane Does, )
|  Defendants. )