UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joseph W. Chalifoux

       v.                           Case No. 14-cv-136-SM

Jennifer M. Chalifoux, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 14, 2014, for the reasons set forth therein.

Claims 1(a), 1(c), 2(b), and 3 – 13, as indicated in the Report and Recommendation, are hereby dismissed for failure to state a claim upon which relief can be granted.  The MCRA claim of municipal liability is hereby dismissed with prejudice, and all other remaining state law claims with the exception of claims 14(a) – 14(c) (as asserted in the Third Amended Complaint) are dismissed without prejudice to refiling in state court.  Defendants Wolman, Jennifer Chalifoux, Shute, Cieslik, Mustapha, Mauritz, Halks, Bakis, James, Mauritz-James, Shay, Howe, Wagner and the unnamed John and Jane Does are hereby dismissed from this case.

This case will proceed on federal claims 1(b) and 2(a) and state law claims 14(a) – 14(c) against defendants Town of Tyngsborough, Borque and Woods.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: August 4, 2014

cc:   Joseph W. Chalifoux, pro se